IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFREY A. DIXON                                                    PLAINTIFF

v.                                    No. 2:16-CV-02186

NANCY A. BERRYHILL, Commissioner,
Social Security Administration                                     DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this case is REMANDED to the Commissioner for further consideration

pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED THIS 2nd day of March, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE